IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| GLORIA LEDESMA DELGADO | § | |
| VS. | § | CIVIL ACTION NO. 9:09cv135 |
| COMMISSIONER, SOCIAL SECURITY ADMINISTRATION | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court referred the above-entitled and numbered civil action to United States Magistrate Judge Judith K. Guthrie. The Magistrate Judge presented for consideration the Magistrate Judge's Report, containing proposed findings of fact and a recommendation that this Court dismiss this case for failure to prosecute the case. No objections were filed.

This Court finds that the Magistrate Judge's findings and conclusions are correct and adopts them as the Court's findings and conclusions. The Court therefore

**ORDERS**, **ADJUDGES,** and **DECREES** that this action is **DISMISSED** without prejudice; and

**ORDERS** that all motions not previously ruled on are denied.

**SIGNED** this the 2 day of **December, 2009.**

_____
Thad Heartfield
United States District Judge